FILED
JUL 0 2 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>PATRICIA OSORIO (2),<br><br>　　　　Defendant. | Case No.: 24-CR-1320-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

　　The United States' Motion to Dismiss the Indictment as to Defendant number 2 only, pursuant to Federal Rule of Criminal Procedure 48(a), is hereby GRANTED. The Indictment as to Defendant Patricia Osorio is DISMISSED without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 7/2/25

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. TODD W. ROBINSON
　　　　　　　　　　　　　　　　　　　　United States District Judge